IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF SEIZED ITEMS: <br><br> Apple Mac Pro Computer <br> Apple iPhone 6 Plus Cellular Telephone <br> Western Digital My Book for Mac External Hard Drive <br> Western Digital My Book VelociRaptor Duo External Hard Drive | **FILED UNDER SEAL** <br><br> Mag. No. 15-850-2 |

## ORDER

AND NOW, this 30th day of September, 2015, upon consideration of the Government's Motion for an Order to Show Cause why Francis Rawls Should Not be Held in Contempt; after a hearing before the Honorable Thomas J. Reuter, United States Magistrate Judge, after which a finding of contempt and certification was made to this Court; and after a hearing de novo on this matter before this Court;

**IT IS HEREBY ORDERED** that the Government's Motion to Hold Francis Rawls in Contempt is **GRANTED**. Francis Rawls, having been found in civil contempt, is hereby remanded to the custody of the United States Marshals to be incarcerated until such time that he fully complies with Judge Reuter's court order of August 27, 2015, by permitting access to the two external hard drives listed in the caption above in a fully unencrypted state.

**IT IS FURTHER ORDERED** that a status of counsel hearing is scheduled for **2:00 PM on Monday, October 5, 2015**, in Courtroom 8B.

BY THE COURT:

_L. Felipe Restrepo_
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE