IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO.: 15-mj-850 |
| APPLE MACPRO COMPUTER, et al. | : |

## ORDER

AND NOW, this 7th day of October, 2015, in consideration of the revealed financial assets and income of Francis Rawls, it is hereby **ORDERED** that Mr. Rawls is to reimburse the United States Treasury in the amount of $127.00 per hour plus expenses, with such funds to be credited to the Defender Services Appropriation, pursuant to the Guide to Judiciary Policy, Volume 7A, Chapter 2, Section 230.40(c).

It is further ORDERED that the Defender Association shall submit a monthly invoice to Mr. Rawls and said invoice must be paid within 10 days of receipt.

BY THE COURT:

_L. Restrepo_
THE HONORABLE L. FELIPE RESTREPO
United States District Court Judge