IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | MAGISTRATE NUMBER 15-850-M-1 |
| | : | |
| FRANCIS RAWLS | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals from the Supplemental Order dated October 5, 2015.

Respectfully submitted,

 /s/ Stuart M. Patchen
STUART M. PATCHEN
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

      I, Stuart M. Patchen, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I served electronically filed and served a copy of the Defendant's Notice of Appeal, upon Michelle T. Rotella, Assistant United States Attorney, by delivery to her office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania  19106.

      /s/ Stuart M. Patchen
STUART M. PATCHEN
Assistant Federal Defender

DATE:	October 16, 2015