# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

15-MJ-850
District Court Docket Number

vs.

FRANCIS RAWLS

Notice of Appeal Filed 10/16/15
Court Reporter(s)/ESR Operator(s)     ESR

Filing Fee:
    Notice of Appeal_____Paid _X_Not Paid _____Seaman
    Docket Fee      _____Paid _X_Not Paid _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_X_Defender Association or Federal Public Defender
_____Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending

Defendant's Address (for criminal appeals)

Prepared by: _____
Mark Ciamaichelo, 10/19/15
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm