# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : MAG NO. 15-850

APPLE MAC PRO COMPUTER, et. al. :

*ORDER*

AND NOW, this 13 day of October, 2015, upon consideration of the Government's motion to unseal, and after reviewing the reasons underlying the original motion and order to seal the record in the above-captioned case, and finding that those considerations no longer require all documents in this matter to be sealed, it is hereby

*ORDERED*

that all documents filed in this matter, all docket entries, and all filings from this date forward are to be unsealed, with the exception of the following items: (1) Government's Memorandum of Law in Support of Motion to Hold Francis Rawls in Contempt (Docket No. 16); (2) Government's Application Pursuant to the All Writs Act to Require Defendant Rawls to Assist in the Execution of a Previously Executed Search Warrant (Docket No. 3); (3) the transcripts of the hearings held in this matter on September 10, 2015 and September 30, 2015 (Docket No.'s 13 and 19); (4) the search warrant, application for search warrant and affidavit, (Docket No. 1); and (5) the docket entries associated with these sealed filings. Copies of all sealed documents and transcripts are to be provided only to Michelle Rotella, Assistant United States Attorney.

BY THE COURT:

_____
HONORABLE L. FELIPE RESTREPO
United States District Court Judge