IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    MATTER NO. 15-mj-850 |
| APPLE MACPRO COMPUTER, et al. | : |
| FRANCIS RAWLS, Respondent | : |

### ORDER

AND NOW, this 6th day of February, 2020, pursuant to the judgment and mandate of the Third Circuit Court of Appeals issued this day at Appeal No. 17-3205, Respondent Francis Rawls, USM #72421-066, is hereby **ORDERED** to be **RELEASED** immediately from custody.

BY THE COURT:

HONORABLE CYNTHIA M. RUFE
United States District Court Judge

cc
USMS (2)ee + vinfo